UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GROSS,<br><br>　　　　　Defendant. | No. 2:21-cv-1095 AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner at High Desert State Prison, has filed a document styled as a letter alleging that he is receiving inadequate medical treatment for his shoulder. ECF No. 1. No other pleadings have been filed by the plaintiff.

　　　　In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's letter will be disregarded. Plaintiff will be provided the opportunity to file a proper complaint and to submit an application requesting leave to proceed in forma pauperis or, in the alternative, to submit the appropriate filing fee.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send plaintiff the court's form for filing a civil rights action and the application to proceed in forma pauperis by a prisoner;

2. Plaintiff's letter (ECF No. 1) is DISREGARDED without prejudice;

3. Within thirty days of the date of this order, plaintiff shall file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned to this case. Plaintiff must also file an original and two copies of the complaint, and

4. Within thirty days from the date of this order, plaintiff shall also submit the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $402.00.[2]

Plaintiff is warned that failure to comply with this order will result in a recommendation that this matter be dismissed.

DATED: June 25, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] The $402.00 is comprised of the $350.00 filing fee and a $52.00 administrative fee. If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $52.00 administrative fee.